November 29, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

IN RE SEIZURE OF GAMBLING PROCEEDS

NO. 14-11-00965-CV

_____

This cause, an appeal from the judgment signed September 28, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.